UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Sullivan Olson, Inc.
                            Plaintiff,

v.                                              Case No.: 1:14–cv–02017
                                                           Honorable Manish S. Shah

International Brotherhood of Teamsters Local 727
                            Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 26, 2014:

      MINUTE entry before the Honorable Elaine E. Bucklo: Scheduling conference held on 6/26/2014. The Court adopts the report of parties planning meeting. Parties to comply with FRCP 26(a)(1) by 7/3/2014. Parties given to and including 6/30/2014 to amend all pleadings and to add any additional parties. Fact discovery ordered closed by 10/3/2014. Dispositive motions with supporting memoranda due by 11/14/2014. This case having been reassigned to Judge Shah, the status date set in open court is stricken. The parties will be advised of a new court date. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.