UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Sullivan Olson, Inc.
                                Plaintiff,

v.                                                    Case No.: 1:14–cv–02017
                                                      Honorable Manish S. Shah

International Brotherhood of Teamsters Local 727
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 15, 2014:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing held and continued to 11/14/14 at 9:30 a.m. Plaintiff's counsel does not appear. The 10/3/14 deadline for the close of fact discovery shall stand. Dispositive motions shall be filed by 11/14/14. The court shall set a briefing schedule on the dispositive motions at the status hearing on 11/14/14. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.