IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Sullivan Olson, Inc., <br>   Plaintiff and Counterdefendant, <br><br> v. <br><br> International Brotherhood of Teamsters Local Union No. 727, <br>   Defendant, Counterplaintiff, and Third-Party Plaintiff. <br><br> v. <br><br> Cremation Society of Illinois, Inc., <br>   Third-Party Defendant. | Case No. 14–cv–2017 <br> Judge Shah <br> Magistrate Judge Cole |

## NOTICE OF MOTION

To:   David Huffman-Gottschling
    Jacobs, Burns, Orlove & Hernandez
    150 N. Michigan Ave., Suite 1000
    Chicago, Illinois 60601

Please take notice that on Thursday, October 2, 2014, at 9:45 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Manish J. Shah or any judge sitting in his stead in Courtroom 1719 of the United States District Court of the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and shall present the following **Agreed Motion for Extension of Time**.

Dated: September 29, 2014      By:   /s/ Timothy R. Eavenson
                   Attorney for Plaintiff and
                   Third Party Defendant

Timothy R. Eavenson (ARDC No. 6294979)
LAHEY EAVENSON, LLC
One Tower Lane, Suite 1700
Oakbrook Terrace, Illinois 60181
(630) 560-3605
(630) 684-0337 (fax)

# CERTIFICATE OF SERVICE

I, Timothy R. Eavenson, an attorney, hereby certify that on Monday, September 29, 2014, I electronically filed the above Notice of Motion and corresponding Agreed Motion for Extension of Time with the Clerk of the Court using the CM/ECF system. Pursuant to FED. R. CIV. P. 5(b)(3), and the Northern District of Illinois's LR 5.9, I have thereby electronically served all Filing Users with a copy of the Notice of Motion.

Dated: September 29, 2014                By:     /s/ Timothy R. Eavenson
                                                 Attorney for Plaintiff and
                                                 Third Party Defendant


Timothy R. Eavenson (ARDC No. 6294979)
LAHEY EAVENSON, LLC
One Tower Lane, Suite 1700
Oakbrook Terrace, Illinois 60181
(630) 560-3605
(630) 684-0337 (fax)