# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Sullivan Olson, Inc.

                                   Plaintiff,

v.                                            Case No.: 1:14−cv−02017

                                                                         Honorable Manish S. Shah

International Brotherhood of Teamsters Local 727

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 1, 2014:

       MINUTE entry before the Honorable Manish S. Shah: Agreed Motion for Extension of Time [21] is granted. All discovery shall be noticed in time to be completed by 12/1/14. Motion hearing previously set for 10/2/14 at 9:45 a.m. is hereby stricken and no appearance is necessary. Status hearing remains set for 11/14/14 at 9:30 a.m. The court will set a dispositive motion briefing schedule at the 11/14/14 status hearing. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.