# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Sullivan Olson, Inc.

                          Plaintiff,

v.                                                          Case No.: 1:14–cv–02017

                                                                      Honorable Manish S. Shah

International Brotherhood of Teamsters Local 727

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 10, 2014:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing previously set for 11/14/14 at 9:30 a.m. is hereby stricken and reset to 11/25/14 at 9:30 a.m. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.