UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Sullivan Olson, Inc.
                                                Plaintiff,

v.                                                                     Case No.: 1:14–cv–02017
                                                                                    Honorable Manish S. Shah

International Brotherhood of Teamsters Local 727
                                                     Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, November 25, 2014:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing held. Counsel for the parties advise the court that they have completed one deposition and written discovery, however two depositions remain to be taken. The parties' joint oral motion for an extension of the fact discovery deadline of 12/1/14 is granted. All fact discovery shall be noticed in time to be completed by 1/16/15. The 1/9/15 deadline for dispositive motions is hereby stricken. Cross motions for summary judgment shall be filed by 2/13/15. Responses shall be filed by 3/6/15. The court will advise if replies are necessary. No notice of presentment is necessary. Continued status hearing is set for 3/11/15 at 9:30 a.m. Notices mailed by Judicial Staff. (psm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.