# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Sullivan Olson, Inc.

                                                Plaintiff,

v.                                                            Case No.: 1:14–cv–02017

                                                                       Honorable Jorge L. Alonso

International Brotherhood of Teamsters Local 727

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 16, 2015:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing previously set before Judge Shah on 3/11/15 at 9:30 a.m. is hereby stricken. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.