UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Sullivan Olson, Inc.
                                                        Plaintiff,

v.                                                                            Case No.: 1:14−cv−02017
                                                                             Honorable Jorge L. Alonso

International Brotherhood of Teamsters Local 727
                                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 23, 2015:

      MINUTE entry before the Honorable Jorge L. Alonso: The previously−set briefing schedule on anticipated cross−motions for summary judgment is amended as follows: replies shall be filed by 3/20/15. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.