IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Sullivan Olson, Inc.,<br>    Plaintiff and Counterdefendant,<br><br>v.<br><br>International Brotherhood of Teamsters Local Union No. 727,<br>    Defendant, Counterplaintiff, and Third-Party Plaintiff.<br><br>v.<br><br>Cremation Society of Illinois, Inc.,<br>    Third-Party Defendant. | Case No. 14–cv–2017<br>Judge Alonso |

## NOTICE OF MOTION

To:    David Huffman-Gottschling
       Jacobs, Burns, Orlove & Hernandez
       150 N. Michigan Ave., Suite 1000
       Chicago, Illinois 60601

Please take notice that on Thursday, February 12, 2014, at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Jorge L. Alonso or any judge sitting in his stead in Courtroom 1700 of the United States District Court of the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and shall present the following **Emergency Motion for Extension of Time and to Compel**.

Dated: February 11, 2015          By:    /s/ Timothy R. Eavenson
                                                         Attorney for Plaintiff and
                                                          Third Party Defendant

Timothy R. Eavenson (ARDC No. 6294979)
LAHEY EAVENSON, LLC
One Tower Lane, Suite 1700
Oakbrook Terrace, Illinois 60181
(630) 560-3605
(630) 684-0337 (fax)

1

# CERTIFICATE OF SERVICE

I, Timothy R. Eavenson, an attorney, hereby certify that on Monday, September 29, 2014, I electronically filed the above Notice of Motion and corresponding Agreed Motion for Extension of Time with the Clerk of the Court using the CM/ECF system. Pursuant to FED. R. CIV. P. 5(b)(3), and the Northern District of Illinois's LR 5.9, I have thereby electronically served all Filing Users with a copy of the Notice of Motion.

Dated: February 11, 2015			By:	/s/ Timothy R. Eavenson
						Attorney for Plaintiff and
						Third Party Defendant


Timothy R. Eavenson (ARDC No. 6294979)
LAHEY EAVENSON, LLC
One Tower Lane, Suite 1700
Oakbrook Terrace, Illinois 60181
(630) 560-3605
(630) 684-0337 (fax)