## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Sullivan Olson, Inc.

                                                Plaintiff,

v.                                                  Case No.: 1:14−cv−02017
                                                         Honorable Jorge L. Alonso

International Brotherhood of Teamsters Local 727

                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 12, 2015:

      MINUTE entry before the Honorable Jorge L. Alonso: Motion hearing held. Over third−party plaintiff International Brotherhood of Teamsters' objection, third−party defendant Cremation Society of Illinois, Inc.'s emergency motion for extension of time to complete discovery and to compel deposition [29] is granted. The deposition of John T. Coli, Sr. shall be completed by 3/12/12. Discovery cut−off date is extended to 3/12/15. Plaintiff and third−party defendant's motion for summary judgment shall be filed by 3/26/15. Defendant's combined cross−motion for summary judgment and response shall be filed by 4/9/15. Plaintiff and third-party defendants reply/response shall be filed by 4/23/15. Defendant's reply shall be filed by 5/7/15. Parties' oral motion for leave to file excess pages is granted to no more than 25 pages. The court will rule electronically and set further dates if necessary. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.