UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Sullivan Olson, Inc.

                      Plaintiff,

v.                                        Case No.: 1:14−cv−02017
                                           Honorable Jorge L. Alonso

International Brotherhood of Teamsters Local 727

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 6, 2015:

       MINUTE entry before the Honorable Jorge L. Alonso: Cremation Society of Illinois's agreed motion for leave to file its summary judgment motion instanter [33] is granted. Defendant's combined cross−motion for summary judgment and response shall be filed by 4/17/15. Cremation Society's combined reply/response shall be filed by 5/1/15. Defendant's reply shall be filed by 5/15/15. The court will rule electronically and set further dates if necessary. Motion hearing date of 4/9/15 is stricken. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.