IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Sullivan Olson, Inc., <br>    Plaintiff and Counterdefendant, <br><br>    v. <br><br>International Brotherhood of Teamsters Local Union No. 727, <br>    Defendant, Counterplaintiff, and Third-Party Plaintiff. <br><br>    v. <br><br>Cremation Society of Illinois, Inc., <br>    Third-Party Defendant. | Case No. 14–cv–2017 <br> Judge Jorge L. Alonso <br> Magistrate Judge Cole |

### NOTICE OF UNCONTESTED MOTION

To:    David Huffman-Gottschling
        Jacobs, Burns, Orlove & Hernandez
        150 N. Michigan Ave., Suite 1000
        Chicago, Illinois 60601

Please take notice that on Thursday, May 7, 2015, at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Jorge L. Alonso or any judge sitting in his stead in Courtroom 1700 of the United States District Court of the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and shall present the attached **Uncontested Motion for Leave to File Reply/Response** *Instanter*.

Dated: May 4, 2015        By:    /s/ Timothy R. Eavenson
                                              Attorney for Plaintiff and
                                              Third Party Defendant

1

Timothy R. Eavenson (ARDC No. 6294979)
LAHEY EAVENSON, LLC
One Tower Lane, Suite 1700
Oakbrook Terrace, Illinois 60181
(630) 560-3605
(630) 684-0337 (fax)

## CERTIFICATE OF SERVICE

I, Timothy R. Eavenson, an attorney, hereby certify that on Monday May 4, 2015, I electronically filed this Notice of Agreed Motion and corresponding Uncontested Motion for Leave to File *Instanter* with the Clerk of the Court using the CM/ECF system. Pursuant to FED. R. CIV. P. 5(b)(3), and the Northern District of Illinois's LR 5.9, I have thereby electronically served all Filing Users with a copy of the Notice of Motion.

Dated: May 4, 2015            By:    /s/ Timothy R. Eavenson
                                     Attorney for Plaintiff and
                                     Third Party Defendant

Timothy R. Eavenson (ARDC No. 6294979)
LAHEY EAVENSON, LLC
One Tower Lane, Suite 1700
Oakbrook Terrace, Illinois 60181
(630) 560-3605
(630) 684-0337 (fax)