# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Sullivan Olson, Inc.

                          Plaintiff,

v.                                          Case No.: 1:14−cv−02017
                                          Honorable Jorge L. Alonso

International Brotherhood of Teamsters Local 727

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 5, 2015:

      MINUTE entry before the Honorable Jorge L. Alonso: Cremation Society of Illinois's unopposed motion for leave to file instanter its combined reply and response [40] is granted. The deadline for defendant's reply is extended to 5/19/15. The court will rule electronically and set further dates if necessary. Motion hearing date of 5/7/15 is stricken. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.